UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM T. DIVANE, JR.,
<u>et</u> <u>al</u>., as the ELECTRICAL
INSURANCE TRUSTEES,

        Plaintiffs,

    v.                                    No. 08 C 2038

ECS ELECTRICAL CONTRACTOR, INC.,          Judge Coar

        Defendant.

---

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

The plaintiffs, WILLIAM T. DIVANE, JR., KENNETH J. BAUWENS,

MICHAEL J. CADDIGAN, LARRY CRAWLEY, SAMUEL EVANS, TIM FOLEY,

THOMAS C. HALPERIN, JAMES NORTH, KEVIN O'SHEA, and

MICHAEL R. WALSDORF, as the ELECTRICAL INSURANCE TRUSTEES,

pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismiss,

without prejudice, the action filed against ECS ELECTRICAL

CONTRACTOR, INC.

                              WILLIAM T. DIVANE JR., <u>et</u> <u>al.</u>, as
                              the ELECTRICAL INSURANCE TRUSTEES

                              /s/ David R. Shannon
                     By:      _____
                              One of Their Attorneys

David R. Shannon
Tenney & Bentley, LLC
111 West Washington Street
Suite 1900
Chicago, Illinois 60602
(312) 407-7800